UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEISHAWN CRANFORD, | Case No. 3:23-cv-00504-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until March 8, 2024 to file his updated address with this Court. If Plaintiff does not update the Court with his current address by March 8, 2024, the Court will dismiss this case without prejudice.

Additionally, the Court denies Plaintiff's identical motions for temporary restraining order and preliminary injunction (ECF Nos. 10, 11) as moot. In those motions, Plaintiff sought to be transferred to High Desert State Prison ("HDSP"). (*See* ECF No. 10 at 9; ECF No. 11 at 9). According to the NDOC inmate database, Plaintiff has been transferred to HDSP. *See Johnson v. Moore*, 948 F.2d 517, 519-22 (9th Cir. 1991) (holding that claims for injunctive relief related to a prison's policies are moot where a prisoner has been transferred to another facility and shows no reasonable expectation of return).

It is therefore ordered that the motions for temporary restraining order and preliminary injunction (ECF Nos. 10, 11) are denied as moot.

It is further ordered that Plaintiff must file his updated address with the Court by March 8, 2024. If Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

It is further ordered that the Clerk of Court will send Plaintiff one-time courtesy copies of this order, the screening order (ECF No. 14), and the first amended complaint (ECF No. 9) to Plaintiff at High Desert State Prison.

DATED THIS 5th Day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE