AARON D. FORD
  Attorney General
JANET E. TRAUT, Bar No. 8695
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: jtraut@ag.nv.gov

*Attorneys for Defendants Shane Brown,
Tasheena Cooke, David Drummond,
Michael Gamberg, William Gittere,
and Curtis Rigney*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEISHAWN CRANFORD,<br><br>              Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>             Defendants. | Case No. 3:23-cv-00504-MMD-CLB<br><br>**ORDER GRANTING<br>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

      Plaintiff, Keishawn Cranford, *pro se*, and Defendants Shane Brown, Tasheena Cooke, David Drummond, Michael Gamberg, William Gittere and Curtis Rigney, by and through counsel, Nevada Attorney General, Aaron D. Ford, and Deputy Attorney General, Janet E. Traut, hereby

///
///
///
///
///
///
///
///
///

1

stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 15 of August 2024.

By: /s/ Keishawn Cranford
Keishawn Cranford, #1031790
*Plaintiff, pro se*

DATED this 15th of August 2024.

AARON D. FORD
Attorney General

By: /s/ Janet E. Traut
Janet Traut, Esq. (Bar No. 8695)
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 16th day of August, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE